FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00641-BNB

KAMAL K.K. ROY,

Plaintiff,

v.

U.S.A. GOVT., et al.,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff initiated this action by submitting to the Court ***pro se*** a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, another document titled "Motion," and a Complaint, all of which are largely unintelligible. On March 18, 2011, Magistrate Judge Boyd N. Boland ordered Plaintiff to cure certain deficiencies if he wished to pursue his claims in this action. More specifically, Magistrate Judge Boland ordered Plaintiff to file a neat, legible, complete, and understandable pleading on the proper form and to submit a proper affidavit in support of the motion seeking leave to proceed ***in forma pauperis***. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond to Magistrate Judge Boland's March 18 order to cure in any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 26th day of April, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00641-BNB

Kamal K.K. Roy
PO Box 1173
Saranac Lake, NY 12983

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 26, 2011.

GREGORY C. LANGHAM, CLERK

By:____________________________
Deputy Clerk